UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re: Antonio Antwain Jackson                                   Chapter 13
                                                                  Case No. ___
Debtor.

## Chapter 13 Plan

Address:    Debtor   1402 Kimball Ave., Memphis, TN 38106

Plan Payment:

Debtor Shall Pay: $432.00 Monthly    By:   (X) Direct Pay  Paid in Cash
    Or by: ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:

    (A) Contains a Non-standard Provision [See provision 19].                             (X) Yes  ( ) No

    (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( ) No
        [See provisions 7 and 8].

    (C) Avoids a Security Interest or Lien. [See provision 12].                           ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: (X) Debtor Directly    ( ) Wage Assignment    ( ) Trustee To:    Monthly Pmt.
    TN Child Support (T. Bowens)   ongoing payment begins
                                   Approximate arrearage
    TN Child Support (E. Lemons)   ongoing payment begins
                                   Approximate arrearage
    TN Child Support (V. Peoples)  ongoing payment begins
                                   Approximate arrearage

5. Priority Claims:                                                                          Monthly Pmt.
                                                    Amount

6. Home Mortgage Claims:   ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:            Monthly Pmt.
                           ongoing payment begins
                           Approximate arrearage       Interest
                           ongoing payment begins
                           Approximate arrearage       Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value   Interest Rate   Monthly Pmt.
    Orion Credit Union (2012 Audi A7 Quattro)    $    11,600.00       0.00%       $232.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

|  | Collateral |  |
|---|---|---|
|  | Collateral |  |

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

11. Student Loan Claims and Other Long Term Claims:

|  | ( ) Not Provided For | ( ) General Unsecured Creditor |
|---|---|---|
|  | ( ) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

|  | ( ) Assume | ( ) Reject |
|---|---|---|
|  | ( ) Assume | ( ) Reject |

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

   /s/ Jimmy E. McElroy  TN Bar #011908           Date   August 2, 2019
    Debtor's Attorney's Signature

August 2, 2019

910 > February 3, 2017